1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN STACEY POMBO,<br><br>                    Petitioner,<br><br>         v.<br><br>SCOTT FRAUENHEIM, Warden,<br><br>                    Respondent. | 1:16-cv-01159-AWI-JLT (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT<br><br>(Doc. 10) |

Petitioner filed a motion to proceed in forma pauperis on August 8, 2016, which this Court granted on August 9, 2016. On September 19, 2016, Petitioner filed another application to proceed in forma pauperis. Due to the fact that Petitioner has already been granted in forma pauperis status, his second application to proceed in forma pauperis is DISREGARDED as moot.

IT IS SO ORDERED.

   Dated:   **September 22, 2016**            **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE

1