UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN STACEY POMBO,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT FRAUENHEIM, Warden,<br><br>    Respondent. | 1:16-cv-01159-AWI-JLT (HC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION<br><br>(Doc. 6) |

Petitioner failed to file an amended petition within the allotted time as ordered by the Court after the Court screened and dismissed his initial petition. Accordingly, on September 19, 2016, the Court issued a Findings and Recommendation to dismiss the petition for failure to comply. On the same date, Petitioner filed a First Amended Petitioner. Since Petitioner has now complied, the Court ORDERS the Findings and Recommendation of September 19, 2016, is VACATED.

IT IS SO ORDERED.

   Dated:   **September 22, 2016**                        **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE

1